## DURHAM et al. v. RENTFRO et al.
### No. 9998.

Court of Civil Appeals of Texas.
San Antonio.

April 7, 1937.

John J. Pichinson, John E. Lyle, Jr., and J. D. Todd, Jr., all of Corpus Christi, for appellants.

J. R. Sorrell, of Corpus Christi, for appellees.

MURRAY, Justice.

Neither the appellants nor appellees have filed a brief in this case, and it therefore becomes our duty to dismiss the cause for want of prosecution, as provid꞉d by rule 38 for the Courts of Civil Appeals.

See, also, article 1846, R.C.S.1925 (as amended by Acts 1931, c. 45, § 2 [Vernon's Ann.Civ.St. art. 1846]).